IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-01837<br><br>District Judge Matthew F. Kennelly |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Grumpy Cat Limited ("Plaintiff") against the Defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted.

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Plaintiff's federally registered trademarks (the "Asserted Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Trademarks. A list of the Plaintiff Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 4,907,212 | GRUMPY CAT | 16 |
| 5,516,378 | GRUMPPUCCINO | 30 |
| 4,820,434 | (image) | 9, 21, 25 and 28 |
| 4,417,549 | GRUMPY CAT | 9, 16, 21, 25, and 41 |
| 4,672,289 | GRUMPY CAT | 28 |
| 5,073,528 | (image) | 30 |
| 4,527,097 | GRUMPY CAT | 30 |
| 4,930,286 | (image) | 31 |
| 4,907,213 | GRUMPY CAT | 31 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Plaintiff Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

3

      d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Reserved.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

      a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff Trademarks; and

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Trademarks.

4

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of twenty-five thousand dollars ($25,000) for willful use of counterfeit Plaintiff Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Payoneer, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, Wish.com, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Payoneer, Wish.com, and Amazon Pay, are ordered to release to Plaintiff

the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 1 to the Declaration of Bryan B. Bundensen and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten-thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Nixon Peabody LLP. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel, Nixon Peabody LLP.

This is a Default Judgment.

Dated: 5/23/2025

_____
Matthew F. Kennelly
United States District Judge

# SCHEDULE A

| No | Seller Name | Store URL |
|---|---|---|
| 4 | anqingrongzhongshangmaoshanghang(gerenduzi) | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1O3ENX2XO1FM1&asin=B0DK3BLSS7&ref_=dp_merchant_link |
| 8 | BINQUYI | https://www.amazon.com/sp?ie=UTF8&seller=A3SNAWDNBIMQ1K&asin=B0D2HKNPZ2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 12 | channing trade | https://www.amazon.com/sp?ie=UTF8&seller=A1JYLTL9PTFFN1&asin=B0D91F1SJ1&ref_=dp_merchant_link |
| 15 | Dawood Printers | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28ME6HFZP0RCX&asin=B01LMXXO5Q&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | dgrth | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ALX59AMT2IIJT&asin=B0DQJS52PK&ref_=dp_merchant_link |
| 18 | DHNStore | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ATL2ORTE6PK4&asin=B0DJYGK5Z4&ref_=dp_merchant_link |
| 20 | Eali88fa | https://www.amazon.com/sp?ie=UTF8&seller=A1FEZXW83S4S9O&asin=B0DB83QWCQ&ref_=dp_merchant_link |
| 22 | FANGYIMINGMAOYI | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3BN25U4IBC7EP&asin=B0DMJ4T5BR&ref_=dp_merchant_link |
| 25 | fire | https://www.amazon.com/sp?ie=UTF8&seller=A2FPID0YQ0HSM&asin=B0D8ZRDKHH&ref_=dp_merchant_link |
| 30 | GreenLeaf_39 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ATEZEXIXH53SQ&asin=B0DH7VBMDW&ref_=dp_merchant_link |
| 32 | Guangzhou jian dan shangmao shanghang333 | https://www.amazon.com/s?k=grumpy+cat&me=A2O15WEDLOE57C&ref=nb_sb_noss |
| 33 | Gulfz Fashions | https://www.amazon.com/sp?ie=UTF8&seller=AF1U5NSN1YGWQ&asin=B0D1PGLM89&ref_=dp_merchant_link |

| No | Seller Name | Store URL |
|---|---|---|
| 34 | gzsmaobu | https://www.amazon.com/sp?ie=UTF8&seller=A1GCPJMIX2330E&asin=B0D94KM2B9&ref_=dp_merchant_link |
| 35 | HalfStore | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2429DYKT9P94H&asin=B0DL3LCKMF&ref_=dp_merchant_link |
| 39 | Hesed Enterprise | https://www.amazon.com/sp?ie=UTF8&seller=A1WR1KGWYP0CI4&asin=B0BSQX8N19&ref_=dp_merchant_link |
| 40 | Hexing Intelligent Manufacturing 001 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1P9ISQ3FWWILZ&asin=B0DHXMFR9D&ref_=dp_merchant_link |
| 42 | hjajsf55 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2IU05DUC5D4TO&asin=B0DQP4B7YD&ref_=dp_merchant_link |
| 43 | Honey Mill | https://www.amazon.com/sp?ie=UTF8&seller=A2G6LSV8BNUQ5H&asin=B0CW1CW4JC&ref_=dp_merchant_link |
| 45 | HTBDESIGNS | https://www.amazon.com/sp?ie=UTF8&seller=A2WF7ENGEIGKI3&asin=B0DF7154TX&ref_=dp_merchant_link |
| 46 | huoqiufeibaishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3DKNXJR9FZDHC&asin=B0CHQH25QG&ref_=dp_merchant_link |
| 47 | hYy | https://www.amazon.com/sp?ie=UTF8&seller=A1QOVHPQG00BSR&asin=B0CPCNWJWS&ref_=dp_merchant_link |
| 48 | Ivytangyuan | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2TCPPX19M9O7G&asin=B0DG23CN4T&ref_=dp_merchant_link |
| 51 | jinsen2196 | https://www.amazon.com/sp?ie=UTF8&seller=AF7NKC5RY5JRC&asin=B0D1THDW2P&ref_=dp_merchant_link |
| 53 | KANG1BAIYUN | https://www.amazon.com/sp?ie=UTF8&seller=A2L6R70PO4JYS9&asin=B0BQN4JFMP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 54 | Kukroowaff | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2F9YS72IWXRQS&asin=B0D7RPGG35&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| No | Seller Name | Store URL |
|---|---|---|
| 57 | LIP LONGISTOR | https://www.amazon.com/sp?ie=UTF8&seller=A255LFTXMLUVMI&asin=B0D91K426N&ref_=dp_merchant_link |
| 59 | LU Boutique | https://www.amazon.com/sp?ie=UTF8&seller=AM4IT7CQU5GYM&asin=B0D8JFQN9T&ref_=dp_merchant_link |
| 61 | Maligera | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2BH29BMA6BM10&asin=B0DH7PPXQD&ref_=dp_merchant_link |
| 62 | Manh Duy Shop Mug 58 | https://www.amazon.com/sp?ie=UTF8&seller=A2X8AW3C46CMVM&asin=B0DBQJ2BJ8&ref_=dp_merchant_link |
| 63 | McGehee | https://www.amazon.com/sp?ie=UTF8&seller=A3LOLPFZRW0FID&asin=B0DC52RRYD&ref_=dp_merchant_link |
| 64 | MELYSAAA95 | https://www.amazon.com/sp?ie=UTF8&seller=AFGI4DELC9QE4&asin=B0D6WCCP7B&ref_=dp_merchant_link |
| 65 | mentor 80s | https://www.amazon.com/sp?ie=UTF8&seller=A2B8OXLDFLXT0K&asin=B0D5857RYS&ref_=dp_merchant_link |
| 67 | MINH TAM hhqqw | https://www.amazon.com/sp?ie=UTF8&seller=A1B338PWTCJ75P&asin=B0D8VL21FR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 69 | Mydababy Store | https://www.amazon.com/sp?ie=UTF8&seller=AKQGC8M0BU01M&asin=B0D86FW3XJ&ref_=dp_merchant_link |
| 71 | ORmshop | https://www.amazon.com/sp?ie=UTF8&seller=A1NMRFFBLSN2T6&asin=B0DJPNQ1CK&ref_=dp_merchant_link |
| 74 | Putian Songnan Horticulture Co., Ltd. | https://www.amazon.com/gp/help/seller/at-a-glance.html?ref=dp_merchant_link?ie=UTF8&seller=A2NAQN5J8DXY76&asin=B0DF7JMY7F&ref_=dp_merchant_link |
| 76 | QIANWUQ | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ABZ3N9867OWEM&asin=B0DJ88P9HL&ref_=dp_merchant_link |
| 78 | Quoc Bao Shop Mug 2024 | https://www.amazon.com/sp?ie=UTF8&seller=AWNFJXTH0BGVO&asin=B0DBR1C3QH&ref_=dp_merchant_link |
| 84 | SstLorid | https://www.amazon.com/sp?ie=UTF8&seller=ALAP13TB734R0&asin=B0DKCBNT4R&ref_=dp_merchant_link |

| No | Seller Name | Store URL |
|---|---|---|
| 85 | ST-Toy | https://www.amazon.com/sp?ie=UTF8&seller=AQXSAYF0TGMP9&asin=B0D9Q9VCL7&ref_=dp_merchant_link |
| 86 | stylesymphony | https://www.amazon.com/sp?ie=UTF8&seller=A2NHQUWLM0C8H&asin=B0DHGYVCGN&ref_=dp_merchant_link |
| 87 | Taotao Store S | https://www.amazon.com/sp?ie=UTF8&seller=A2DU5MT24OJ71G&asin=B0CJ845LPP&ref_=dp_merchant_link |
| 89 | TKF Store | https://www.amazon.com/sp?ie=UTF8&seller=AI65VPXP5FL1C&asin=B0D6WKW9WC&ref_=dp_merchant_link |
| 91 | TRAN-HUY | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35XU4BPHF4PR4&asin=B0DK59QTGP&ref_=dp_merchant_link |
| 92 | trieuhongstore | https://www.amazon.com/sp?ie=UTF8&seller=A365I633O3AP7Y&asin=B0DCTQ378R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 93 | TruValue Stores | https://www.amazon.com/sp?ie=UTF8&seller=AMWSWMPK3I84K&asin=B077HT46X4&ref_=dp_merchant_link |
| 94 | UA pattern | https://www.amazon.com/sp?ie=UTF8&seller=A34MRY7IMSOSMN&asin=B0D912ZCZZ&ref_=dp_merchant_link |
| 98 | wanghui2020 | https://www.amazon.com/sp?ie=UTF8&seller=A2PKMPY2YAE1K9&asin=B0DFPY5CD4&ref_=dp_merchant_link |
| 99 | Xiaoma Department Store | https://www.amazon.com/sp?ie=UTF8&seller=A3HHWZVRH36675&asin=B0D91M589H&ref_=dp_merchant_link |
| 100 | Xuyufeifei | https://www.amazon.com/sp?ie=UTF8&seller=AX5KRNGTPBDUW&asin=B0CKNK5DWM&ref_=dp_merchant_link |
| 105 | Zhangchnaghui1222 | https://www.amazon.com/sp?ie=UTF8&seller=A3NY621ZL8HUN7&asin=B0D9VH1XB5&ref_=dp_merchant_link |
| 106 | Allreen & Sfneewho | https://www.walmart.com/seller/101661570 |
| 107 | AOC ORGANIC VIETNAM COMPANY LIMITED | https://www.walmart.com/seller/102599254 |
| 108 | BICH ANH LTD | https://www.walmart.com/seller/102573622 |
| 109 | Bonbencuc | https://www.walmart.com/global/seller/102555550 |
| 110 | chaojingkejiyouxiangongsi | https://www.walmart.com/seller/102509034 |

| No | Seller Name | Store URL |
|---|---|---|
| 112 | DIEU KHANG LTD | https://www.walmart.com/seller/102576267 |
| 114 | DTP Fashion Mall | https://www.walmart.com/seller/102477080 |
| 115 | DUTA GLOBAL- Eastern-Print | https://www.walmart.com/seller/102582341 |
| 116 | GaoYingRui | https://www.walmart.com/seller/101635269 |
| 117 | hanchun | https://www.walmart.com/seller/102500816 |
| 119 | hualixx store | https://www.walmart.com/seller/102478251 |
| 120 | jinanyehuyuwangluokeji | https://www.walmart.com/seller/101684231 |
| 121 | Jiuqun | https://www.walmart.com/seller/102493971 |
| 122 | KIM TA LTD | https://www.walmart.com/seller/102577619 |
| 123 | KunMingKuanYongShangMao | https://www.walmart.com/seller/102481759 |
| 124 | kunmingzisuotong | https://www.walmart.com/seller/102484381 |
| 126 | Mirthy Merch | https://www.walmart.com/seller/101694070 |
| 128 | Nanjingmengyiyuanjiudianguanliyouxiangongsi | https://www.walmart.com/seller/101631094 |
| 129 | NEBORYI | https://www.walmart.com/seller/101691635 |
| 132 | Sheng Women's clothing store | https://www.walmart.com/seller/101624876 |
| 133 | Shian | https://www.walmart.com/seller/102503836 |
| 134 | Suave Tees | https://www.walmart.com/seller/101630990 |
| 137 | WuCaiZiPingDianZiKeJi | https://www.walmart.com/seller/102500242 |
| 139 | XMFQY | https://www.walmart.com/seller/102531261 |
| 141 | YinFengBeauty | https://www.walmart.com/seller/101650727 |
| 142 | Yinxin-US | https://www.walmart.com/seller/102526208 |
| 146 | Yunzhijian | https://www.walmart.com/seller/102503708 |
| 147 | Yunzhuo | https://www.walmart.com/seller/102503697 |
| 148 | YUNZONG | https://www.walmart.com/seller/101662955 |
| 149 | Yuqi-us | https://www.walmart.com/seller/102518482 |